# United States District Court
# Northern District of Illinois

MHN

In the Matter of

David Peregrin

v.

William Kassar, Jr.

Case No. 08 C 759

Designated Magistrate Judge
Martin C. Ashman

### TRANSFER OF CASE TO THE EXECUTIVE COMMITTEE
### FOR A REASSIGNMENT

The above captioned case is currently pending on my calendar. I recommend to the Executive Committee that this case be reassigned to the calendar of Judge **Charles P. Kocoras**. The reasons for my recommendation are indicated on the reverse of this form.

*/s/ Blanche M. Manning*
Judge Blanche M. Manning

Dated: February 14, 2008

---

### ORDER OF THE EXECUTIVE COMMITTEE

IT IS HEREBY ORDERED that the above captioned case be reassigned to the calendar of Judge **Charles P. Kocoras**.

### ENTER

### FOR THE EXECUTIVE COMMITTEE

*/s/ James F. Holderman*
Chief Judge James F. Holderman

Dated: FEB 1 9 2008

Reassignment/Named Judge (Rev. 9/99)

| | | |
|---|---|---|
| ■ | 40.3(B)(2) | This case appears to involve the same parties and subject matter as case number **06 C 5096** assigned to the calendar of Judge **Charles P. Kocoras** and dismissed prior to the filing of this case. |
| ☐ | IOP 13 | This cause was assigned from the calendar of Judge ____ for coordinated or consolidated pretrial discovery proceedings. |
| ☐ | | This cause was assigned from the calendar of Judge ____ as a Multi-District Litigation case. Consolidated pretrial has been completed and the case should be reassigned to said Judge. |
| ☐ | IOP 13 | This case should be transferred to the Fugitive Calendar as the defendant is a fugitive. |
| ☐ | IOP 13 | This case should be reassigned as a replacement for case number ____ which was reassigned by agreement to my calendar on ____ . |
| ☐ | IOP 13 | This case should be reassigned as a replacement for case number ____ in which a recusal was permitted. |