# AFFIDAVIT OF SERVICE

**Index #:** 08 C 759
**Date Purchased:** February 4, 2008

**UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF ILLINOIS**

**COUNTY**

**Date Filed:** _____
**Court Date:** _____

ATTORNEY(S): James A. McGurk Esq. : Law Offices of James A. McGurk, P.C.   PH: 312-236-8900
ADDRESS: 140 South Dearborn Street Suite 404  Chicago IL  60603-5298   File No.:

*DAVID G. PEREGRIN,*

*vs.*

Plaintiff(s)/Petitioner(s)

*WILLIAM E, KASSAR, JR.,*

Defendant(s)/Respondent(s)

STATE OF NEW YORK, COUNTY OF NASSAU        SS.:

_____ ELHAM SHATARA _____ , being duly sworn deposes and says: Deponent is not a party herein, is over 18 years

of age and resides in New York State. On _____ March 1, 2008 _____ at _____ 11:18 AM _____

at _____ 9 TAPPANWOOD ROAD  LOCUST VALLEY, NY 11560-1321 _____ , deponent served the within

**Summons In A Civil Case, Application To Confirm Arbitration Award and Attachments**

with Index Number _____ 08 C 759 _____ , and Date Purchased _____ February 4, 2008 _____ endorsed thereon,

on: **WILLIAM E. KASSAR, JR.** _____ , **Respondent** therein named,

**#1 INDIVIDUAL** [x]  By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

**#2 CORPORATION** [ ]  By delivering to and leaving with _____ and that deponent knew the person so served to be Managing Agent of the corporation, and authorized to accept service on behalf of the corporation.

*Service was made in the following manner after your deponent was unable, with due diligence, to serve the witness/defendant in person, and an attempt to locate the defendant's place of employment,*

**#3 SUITABLE AGE PERSON** [ ]  By delivering a true copy of each to _____ a person of suitable age and discretion, Said premises is recipient's [ ] actual place of business   [ ] dwelling house (usual place of abode) within the state,

**#4 AFFIXING TO DOOR** [ ]  By affixing a true copy of each to the door of said premises, which is recipient's:   [ ] actual place of business [ ] dwelling house (place of abode) within the state.

**#5 MAIL COPY** [ ]  On _____ , deponent completed service under the last two sections by depositing a copy of the _____ to the above address in a 1st Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York. Certified Mail No. _____

Deponent was unable, with due diligence, to find recipient or a person of suitable age and discretion, having called

thereat on the _____ day of _____ at _____
on the _____ day of _____ at _____
on the _____ day of _____ at _____
on the _____ day of _____ at _____

**#6 NON-SRVC** [ ]  After due search, careful inquiry and diligent attempts, I have been unable to effect process upon the person/entity being served because of the following:  [ ] Unknown at Address   [ ] Evading   [ ] Moved left no forwarding [ ] Address does not exist    [ ] Other: _____

**#7 DESCRIPTION** [x]  A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:
(use with #1, 2 or 3)  Sex _ Male _  Color of skin _ White _  Color of hair _ Blonde _  Age _ 51 - 65 Yrs. _  Height _ 5' 9" - 6' 0" _
Weight _ Over 200 Lbs. _  Other Features: _ Glasses _

**#8 WIT. FEES** [ ]  the authorized witness fee and / or traveling expenses were paid (tendered) to the recipient.

**#9 MILITARYSRVC** [x]  Deponent asked person spoken to whether the defendant was presently in military service of the United States Government or of the State of New York and was informed that defendant was not.

**#10 OTHER** [ ]

Sworn to before me on this _ 3 _ day of _____ March, 2008 _____

_____
BARBARA A. SHURGIN
NOTARY PUBLIC, State of New York
No. 30-5004737, Qualified in Nassau County
Commission Expires November 23, 2010

_____
ELHAM SHATARA
Server's Lic # 1059412
Invoice•Work Order # 0806024

*CAPITAL PROCESS SERVERS, INC. 265 POST AVENUE SUITE 150,  WESTBURY, NY 11590 -TEL 516-333-6380 • FAX 516-333-6382*

AO 440 (Rev. 05/00) Summons in a Civil Action

# RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE  March 1, 2008 |
| NAME OF SERVER (PRINT)  Elham Shatara | TITLE  Process Server # 1059412 |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served:

9 Tappanwood Rd. Locust Valley, N.Y. 11560-1321

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  March 3, 2008      Elham Shatara
               Date                    Signature of Server

265 Post Ave. Westbury, N.Y.
                    Address of Server       11590

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.