UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
Eastern Division

David G Peregrin
                Plaintiff,

v.                                    Case No.: 1:08−cv−00759
                                            Honorable Charles P. Kocoras

William E Kassar Jr.
                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, March 20, 2008:

      MINUTE entry before Judge Honorable Charles P. Kocoras:This case was reassigned to Judge Kocoras on 2/19/2008, and the matter is set for status before Judge Kocoras on 4/1/2008 at 9:30 a.m. Accordingly, the hearing on Respondent's motion [9] to strike, noticed before Judge Manning on 4/1/2008 at 11:00 a.m. is stricken. The matter will be heard before Judge Kocoras on 4/1/2008 at 9:30 a.m. Mailed notice(sct, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.