IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| DAVID G. PEREGRIN, | ) | |
| | ) | |
| Petitioner, | ) | Case no.: 08 C 759 |
| v. | ) | |
| | ) | District Judge Kocoras |
| WILLIAM E. KASSAR, JR. | ) | |
| | ) | Magistrate Judge Nolan |
| Respondent. | ) | |

## AMENDED NOTICE OF MOTION

TO:  Mr. James A. McGurk, Esq.
Law Offices of James A. McGurk, P.C.
140 South Dearborn Street
Suite 404
Chicago, IL 60603

On April 1, 2008, at 9:30 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Charles P. Kocoras in Courtroom 1725 at the United States District Court Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois and present **Motion to Strike Petitioner's Application to Confirm Arbitration Award Pursuant to Rule 12(f)**, which was previously served upon you.

Jack L. Haan, Atty. no. 06210936
James J. Eccleston, Atty. no. 06196175
Shaheen, Novoselsky, Staat, Filipowski & Eccleston, P.C.
20 N. Wacker Drive, Suite 2900
Chicago, Illinois 60606
(312) 621-4400
Attorney for Plaintiff

## PROOF OF SERVICE

I, the undersigned, attorney for Respondent, certify that I served this Amended Notice of Motion by way of electronic filing on March 24, 2008, as well as by serving a copy on March 24, 2008 to the attorney of record at his address listed below by U.S. Mail, proper postage prepaid, as follows:

> James A. McGurk,
> Law Offices of James A. McGurk, P.C.
> 140 S. Dearborn Street, #404
> Chicago, IL 60603

> s/Jack L. Haan
> Jack L. Haan