**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3**
**Eastern Division**

David G Peregrin
                Plaintiff,

v.                                    Case No.: 1:08−cv−00759
                                        Honorable Charles P. Kocoras

William E Kassar Jr.
                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, April 1, 2008:

        MINUTE entry before Judge Honorable Charles P. Kocoras:Status and motion hearing held on 4/1/2008. Respondent's motion [9] to strike is taken under advisement. Respondent is given to 4/17/2008 to file his motion to vacate the arbitration award. Answer to said motion is due 5/1/2008. Reply is due 5/8/2008. Ruling on all pending motions set for 6/11/2008 at 9:30 a.m. Mailed notice(sct, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.