IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| DAVID G. PEREGRIN, | ) | |
| | ) | |
| Petitioner, | ) | Case no.: 08  C  759 |
| v. | ) | |
| | ) | Judge Kocoras |
| WILLIAM E. KASSAR, JR. | ) | |
| | ) | Magistrate Judge Nolan |
| Respondent. | ) | |

## NOTICE OF FILING

**TO:**    Mr. James A. McGurk, Esq.
Law Offices of James A. McGurk, P.C.
140 South Dearborn Street
Suite 404
Chicago, IL 60603

*PLEASE TAKE NOTICE* that on April 17, 2008, we filed with the Clerk of the United

States District Court for the Northern District of Illinois, Eastern Division, **Kassar's Answer to**

**Application to Confirm Arbitration Award.**

Jack L. Haan, Atty. no. 06210936
James J. Eccleston, Atty. no. 06196175
Shaheen, Novoselsky, Staat, Filipowski & Eccleston, P.C.
20 N. Wacker Drive, Suite 2900
Chicago, Illinois 60606
(312) 621-4400
Attorney for Respondent

- 1 -

- 2 -

## PROOF OF SERVICE

I, the undersigned, attorney for Respondent, certify that I served this Notice of Filing by way of electronic filing on April 17, 2008, as well as by serving a copy on April 17, 2008 to the attorney of record at his address listed below by U.S. Mail, proper postage prepaid, as follows:

James A. McGurk,
Law Offices of James A. McGurk, P.C.
140 S. Dearborn Street, #404
Chicago, IL 60603

s/Jack L. Haan
Jack L. Haan