UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DAVID G. PEREGRIN, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Case No. 08 C 759 |
| ) | |
| WILLIAM EDWARD KASSAR, JR., ) | Hon. Charles P. Kocoras |
| ) | U.S. District Judge |
| Respondent. ) | |

**UNOPPOSED MOTION OF PETITIONER DAVID PEREGRIN FOR EXTENSION OF TIME TO FILE RESPONSE TO PETITION TO VACATE ARBITRATION AWARD**

NOW COMES the Petitioner-Counter-Respondent David Peregrin by his counsel, James A. McGurk, and respectfully moves for an extension of time to file a response to the Petition to Vacate the Arbitration Award filed by Respondent Counter-Petitioner William E. Kassar, Jr.

In support of this motion, the Petitioner Kassar states as follows:

1. On January 18, 2008, an arbitration panel of the Financial Industry Regulatory Authority ("FINRA"), (formerly NASD) entered an arbitration award in favor of David G. Peregrin and against William E. Kassar, Jr.

2. The Petitioner David G. Peregrin filed a petition to enforce the arbitration award pursuant to the Federal Arbitration Act, 9 U.S.C. § 1 et seq.

3. On April 17, 2008, the Respondent William E. Kassar, Jr. filed an answer to the Petition and filed a Counter-Petition to Vacate the Arbitration Award.

4.	This Court had previously set May 1, 2008 as the date for the response of Peregrin to the Petition to Vacate.

5.	During the time period from April 17, 2008, counsel for Peregrin has been engaged in preparing sentencing memoranda in two criminal proceedings pending the U.S. District Court for the Northern District, in which he was appointed under the Criminal Justice Act, *U.S. v. Johnny Gurley*, No. 05 CR 871(Judge Manning) and *U.S. v. Gianina Simon* (Judge Darrah).

6.	Counsel for the Petitioner Peregrin requests fourteen days from the date of presentment to and including May 20, 2008 to file his response to the Petition to Vacate the Arbitration Award.

7.	Counsel for Respondent-Counter-Petitioner Kassar has advised counsel that he has no opposition to this motion.

WHEREFORE, the Petitioner David Peregrin respectfully requests that he be granted an extension of time to respond to the Petition to Vacate the Arbitration Award to and including May 20, 2008.

Dated: May 2, 2008                                        Respectfully submitted,

                                                          /s/James A. McGurk
                                                          Attorney for the Petitioner David Peregrin

OF COUNSEL:

James A. McGurk, Esq.
Law Offices of James A. McGurk
Suite 404
140 South Dearborn Street
Chicago, Illinois 60603
(312) 236-8900
Fax (312) 277-3497
20080502.PeregrinMotionforextensionoftimetofileresponsetopetitiontovacate.dp.wpd

# CERTIFICATE OF SERVICE

     I, James A. McGurk, an attorney, certify that I caused a copy of the foregoing document to be served by electronic filing, and by First Class Mail upon:

Jack L. Haan, Esq.
James J. Eccleston, Esq.
Shaheen, Novoselsky, Staat, Filipowski & Eccleston, P.C.
20 North Wacker Drive
Suite 2900
Chicago, IL 60606

this 2nd day of May, 2008.

                                           /s/James A. McGurk
                                           James A. McGurk

COSDavidPeregrin.dp.wpd