UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

|  |  |  |
|---|---|---|
| **DAVID G. PEREGRIN,** | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Case No. 08 C 759 |
| | ) | |
| **WILLIAM EDWARD KASSAR, JR.,** | ) | Hon. Charles P. Kocoras |
| | ) | U.S. District Judge |
| Respondent. | ) | |

### NOTICE OF MOTION

To:  Jack L. Haan, Esq.
     James J. Eccleston, Esq.
     Shaheen, Novoselsky, Staat, Filipowski & Eccleston, P.C.
     20 North Wacker Drive
     Suite 2900
     Chicago, IL 60606

   PLEASE TAKE NOTICE that on Tuesday, May 6, 2008 at 9:30 a.m., I shall appear before the Honorable Charles P. Kocoras, U.S. District Judge, in Room 1725, 219 South Dearborn Street, Chicago, IL 60604, and then and there present **PETITIONER DAVID PEREGRIN'S UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO RESPOND TO KASSAR'S PETITION TO VACATE ARBITRATION AWARD**, a copy of which is attached hereto.

Dated: May 2, 2008

                                                    /s/James A. McGurk
                                                    James A. McGurk

Law Offices of James A. McGurk, P.C.
140 South Dearborn Street
Suite 404
Chicago, IL 60603
Tel: (312) 236-8900
Fax: (312) 277-3497

20080502.NOM.Peregrinmotionforextensionoftime.dp.wpd

## CERTIFICATE OF SERVICE

      I, James A. McGurk, an attorney, certify that I caused a copy of the foregoing document to be served by electronic filing, and by first class mail upon:

**Via First Class Mail**

Jack L. Haan, Esq.
    James J. Eccleston, Esq.
    Shaheen, Novoselsky, Staat, Filipowski & Eccleston, P.C.
    20 North Wacker Drive
    Suite 2900
    Chicago, IL 60606

this 2nd day of May, 2008.

                                            /s/James A. McGurk
                                            James A. McGurk

COSDavidPeregrin.dp.wpd