UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DAVID G. PEREGRIN, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Case No. 08 C 759 |
| ) | |
| WILLIAM EDWARD KASSAR, JR., ) | Hon. Charles P. Kocoras |
| ) | U.S. District Judge |
| Respondent. ) | |

NOTICE OF FILING

To: Jack L. Haan, Esq.
James J. Eccleston, Esq.
Shaheen, Novoselsky, Staat, Filipowski & Eccleston, P.C.
20 North Wacker Drive
Suite 2900
Chicago, IL 60606

PLEASE TAKE NOTICE that on Tuesday, May 20, 2008 the undersigned filed with the Clerk of the U.S. District Court, 219 South Dearborn Street, 20th Floor, Chicago, IL 60604, the attached **PETITIONER DAVID PEREGRIN'S MEMORANDUM OF LAW IN OPPOSITION TO RESPONSE TO RESPONDENT KASSAR'S PETITION TO VACATE ARBITRATION AWARD**, a copy of which is attached hereto.

Dated: May 20, 2008

/s/James A. McGurk
James A. McGurk

Of Counsel:

James A. McGurk, Esq.
Law Offices of James A. McGurk, P.C.
140 South Dearborn Street
Suite 404
Chicago, IL 60603
Tel: (312) 236-8900
Fax: (312) 277-3497

20080502.NOM.Peregrinmotionforextensionoftime.dp.wpd

# **CERTIFICATE OF SERVICE**

      I, James A. McGurk, an attorney, certify that I caused a copy of the foregoing document to be served by electronic filing, and by first class mail upon:

**Via First Class Mail**

Jack L. Haan, Esq.
James J. Eccleston, Esq.
Shaheen, Novoselsky, Staat, Filipowski & Eccleston, P.C.
20 North Wacker Drive
Suite 2900
Chicago, IL 60606

this 20th day of May, 2008.

                                                               /s/James A. McGurk
                                                               James A. McGurk

COSDavidPeregrin.dp.wpd