IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| DAVID G. PEREGRIN, | ) | |
| | ) | |
| Petitioner, Counter-Respondent, | ) | |
| | ) | |
| v. | ) | Case No. 08 C 759 |
| | ) | |
| WILLIAM EDWARD KASSAR, JR., | ) | Judge Kocoras |
| | ) | |
| Respondent, Counter-Petitioner. | ) | |
| | ) | |

**DECLARATION PURSUANT TO 28 U.S.C. § 1746
UNDER PENALTY OF PERJURY OF JAMES A. McGURK
IN OPPOSITION TO RESPONDENT KASSAR'S
PETITION TO VACATE ARBITRATION AWARD**

I, JAMES A. McGURK, declare under penalty of perjury:

1.    I am attorney for Petitioner, David Peregrin, in this action.  I have represented David Peregrin at all times relevant to this case.

2.    Specifically, as his attorney, I filed an arbitration action before the NASD entitled *David G. Peregrin v. Milestone Group Management, LLC and William E. Kassar, Jr.,* NASD No. 04-06892 (the "First Arbitration Action").   After a series of prior continued arbitration dates, I appeared on his behalf before the panel on September 18, 2006, the first day of proceedings.

3.    When it appeared that Respondent Kassar might not attend the next day of proceedings, which the panel set for September 25, 2006, I brought an action in this Court on behalf of David Peregrin, and Judge Kocoris entered an order that the arbitration proceed as

scheduled (Case #06 C 5096).   I appeared before the panel on September 25, 2006 as well.

4.   I ordered transcripts of the arbitration proceedings of both September 18, 2006 and September 25, 2006.   Mr. Kassar did not file those transcripts with this Court, but he had them.   I gave them to Mr. Kassar on January 7, 2008.   (I also delivered a set of the transcripts to Mr. Kassar's previous attorney, Mr. Gopstein, via Federal Express by letter dated September 27, 2007.   Mr. Gopstein was the second of four attorneys who have represented Mr. Kassar against David Peregrin.   Mr. Kassar is now represented by attorneys James Eccleston and Jack Hann.)

5.   A copy of the transcript of the arbitration proceedings of September 18, 2006 is attached as Exhibit A to this declaration.   A copy of the transcript of the arbitration proceedings of September 25, 2006 is attached as Exhibit B to this declaration.

6.   As reflected in Exhibit B, the panel dismissed the First Arbitration Action as to Kassar without prejudice, and I then moved for dismissal as to Milestone because it no longer existed as an entity.

7.   Since the panel had expressly granted David Peregrin permission to file a new arbitration against Kassar, I filed a second arbitration on his behalf, NASD No. 06-05099.

8.   An arbitration hearing on the Second Arbitration Action was held on January 7, 8 and 9, 2008.   Kassar's attorney withdrew on January 4, 2008, and Kassar appeared *pro se.*

9.   In this case, Kassar submits no transcript, or partial transcript, of the hearing in the Second Arbitration.   However, the entire hearing was tape-recorded and Kassar and his attorneys have the right to obtain those tapes.

10.    Attached as Exhibit C is a partial transcription of the tape of the January 7, 2008

proceedings.  I believe it to be true and accurate.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United

States of America that the foregoing is true and accurate.

Executed on    May 20, 2008
               in Chicago, Illinois

                              By:    /s/ James A. McGurk
                                     James A. McGurk, one of his
                                     Attorneys

James A. McGurk, Esq.
Law Offices of James A. McGurk, P.C.
140 South Dearborn Street
  Suite 404
Chicago, IL  60603
(312) 236-8900
Fax (312) 277-3497