IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

|  |  |
|---|---|
| DAVID G. PEREGRIN, ) | |
| ) | |
| Petitioner, Counter-Respondent, ) | |
| ) | |
| v. ) | Case No. 08 C 759 |
| ) | |
| WILLIAM EDWARD KASSAR, JR., ) | Judge Kocoras |
| ) | |
| Respondent, Counter-Petitioner. ) | |
| ) | |

**EXHIBITS TO DECLARATION OF JAMES A. McGURK
IN OPPOSITION TO RESPONDENT KASSAR'S
PETITION TO VACATE ARBITRATION AWARD**

**EXHIBIT A** – Transcript of arbitration proceedings of September 18, 2006

**EXHIBIT B** – Transcript of arbitration proceedings of September 25, 2006

**EXHIBIT C** – Partial transcription of tape of January 7, 2008 proceedings

James A. McGurk, Esq.
Law Offices of James A. McGurk, P.C.
140 South Dearborn Street
  Suite 404
Chicago, IL  60603
(312) 236-8900
Fax (312) 277-3497

1