**EXHIBIT C TO DECLARATION OF JAMES McGURK DATED MAY 20, 2008**

**TRANSCRIPTION OF EXCERPTS OF TAPE RECORDING
OF JANUARY 7, 2008 ARBITRATION**

Mr. KASSAR:  . . . It's a matter of public record that the prior panel did dismiss Milestone Group Management with prejudice.

I may also add, that in the initial claim, there were no statements of claim made against me personally. If the panel does grant me the motion to dismiss Milestone -- I mean, the NASD law is the law that they made, and I can't see how you cannot dismiss them if they were already dismissed, unless I am missing something.

If Milestone is dismissed from this case, I myself make the motion to have myself dismissed as well, because I acted solely as an agent for a disclosed principal, Milestone Group Management, who is a regulated broker-dealer. I worked for Milestone Group Management as a registered representative, and was at all times subject to the control and oversight of Milestone's officers and other principals.

There is no evidence that even suggested that I acted outside the scope of my employment with Milestone such that I could be held personally liable. This is precisely why, in the previous NASD proceeding, claimant did not allege even a single claim against myself. The claims now being made against me personally are mere afterthoughts because Milestone has basically gone out of business.

The prior NASD award permitted Claimant to file a new arbitration against myself, but only to the extent permitted by applicable law. Since any claims against Milestone Management were dismissed with prejudice, and I ask that as all agents were managed by Milestone Group Management, that Claimant has no independent legal claims against myself.

. . . and based on the foregoing, I request dismissal of the Statement of Claim in its entirety, with costs to be awarded to the Respondent. Thank you very much.

\*   \*   \*   \*

[The Presiding Chair, Caroline Harney, then asked Mr. Kassar if he was representing Milestone, and he replied:]

Mr. KASSAR:   No, I'm not representing Milestone at all.   Milestone has been dismissed in this case.

\* \* \* \*

[The panel then heard the response of Peregrine's attorney to Kassar's motion, who remarked:]

Mr. McGURK:   I believe it is for this panel to read – to read the express language of the panel's Order and the transcript, that have both been submitted.

\* \* \* \*

[After hearing additional argument from Mr. Kassar, and after going into executive session:].

CHAIRPERSON HARNEY:   We're going back on the record.   We're ruling on the previous motions.   The motion to adjourn for 30 days is denied.   Mr. Kassar's motion to dismiss Milestone with prejudice is denied.   The motion to dismiss himself is denied.

You may make these motions again at a more appropriate time, but at this time, the motions are denied.