UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| DAVID G. PEREGRIN, | ) | |
| | ) | |
| Petitioner, Counter-Respondent, | ) | Case No. 08 C 759 |
| | ) | |
| v. | ) | Judge Kocoras |
| | ) | |
| WILLIAM EDWARD KASSAR, JR., | ) | Magistrate Judge Nolan |
| | ) | |
| Respondent, Counter-Petitioner. | ) | |

**UNOPPOSED MOTION FOR LEAVE TO FILE**
**REPLY BRIEF TO PETITION TO VACATE**

NOW COMES the Respondent, Counter-Petitioner, William E. Kassar, Jr., by and through his attorneys, Jack L. Haan and James J. Eccleston of Shaheen, Novoselsky, Staat, Filipowski & Eccleston, and for his Unopposed Motion for Leave to File Reply Brief to Petition to Vacate, states as follows:

1. The parties are currently concluding the briefing on William E. Kassar's Petition to Vacate the Arbitration Award. The Petitioner, David Peregrin, filed his Response Memorandum to the Motion on May 20, 2008, and an Amended Memorandum on May 21, 2008.

2. William E. Kassar had until May 28 to file his Reply brief. However, counsel for Mr. Kassar needed one additional day to complete the drafting of the Reply brief, and has completed the drafting of the document as of the filing of this Motion.

3. Counsel for Mr. Kassar spoke with James McGurk, counsel for Mr. Peregrin, in regard to receiving one additional day to complete the Reply brief. Mr. McGurk indicated that he had no opposition to the one additional day, or any opposition to receiving leave of court to file the Reply brief, *instanter* with leave of court.

1

4. Counsel for Mr. Kassar has forwarded a completed but unfiled copy of his Reply brief to the Court and to Mr. McGurk so that all persons have sufficient time to review the complete set of pleadings prior to the hearing date on the Petition to Vacate Arbitration Award on June 19, 2008.

5. Counsel has prepared a draft order for the court in regards to this Motion, a copy of which is attached hereto.

WHEREFORE, the Respondent, Counter-Petitioner, William E. Kassar, Jr. requests that the Court grant him leave to file his Reply brief, *instanter*, and any further relief the court deems equitable and just.

Respectfully submitted,

Respondent, Counter-Petitioner William E. Kassar, Jr.

By: _____
Jack L. Haan

Jack L. Haan, #06210936
James J. Eccleston, #06196175
Shaheen, Novoselsky, Staat, Filipowski & Eccleston, P.C.
20 N. Wacker Drive, Suite 2900
Chicago, Illinois 60606
(312) 621-4400