UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| DAVID G. PEREGRIN, | ) | |
| | ) | |
| Petitioner, Counter-Respondent, | ) | Case No. 08 C 759 |
| | ) | |
| v. | ) | Judge Kocoras |
| | ) | |
| WILLIAM EDWARD KASSAR, JR., | ) | Magistrate Judge Nolan |
| | ) | |
| Respondent, Counter-Petitioner. | ) | |

## ORDER

This matter coming before the Court on Respondent, Counter-Petitioner, William E. Kassar, Jr.'s Unopposed Motion for Leave to File Reply Brief to Petition to Vacate, the Court being informed that the Motion is unopposed, states as follows:

IT IS HEREBY ORDERED:

1. William E. Kassar, Jr., is granted leave to file his Reply brief to his Petition to Vacate Arbitration Award, *instanter*.

ENTER:

_____
Judge Kocoras
Dated: June 3, 2008

Prepared By:

Jack L. Haan, #06210936
James J. Eccleston, #06196175
Shaheen, Novoselsky, Staat, Filipowski & Eccleston, P.C.
20 N. Wacker Drive, Suite 2900
Chicago, Illinois 60606
(312) 621-4400