## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

David G Peregrin
                Plaintiff,

v.
                                          Case No.: 1:08−cv−00759
                                          Honorable Charles P. Kocoras

William E Kassar Jr.
                Defendant.

### NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, June 2, 2008:

       MINUTE entry before the Honorable Charles P. Kocoras:Respondent's motion [27] for leave to file reply brief to petition to vacate, is granted. Hearing on said motion for leave to file reply brief, set for 6/3/2008, is stricken as moot. Mailed notice(sct, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.