IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| DAVID G. PEREGRIN, | ) | |
| | ) | |
| Petitioner, | ) | Case no.: 08 C 759 |
| v. | ) | |
| | ) | Judge Kocoras |
| WILLIAM E. KASSAR, JR. | ) | |
| | ) | Magistrate Judge Nolan |
| Respondent. | ) | |

### NOTICE OF FILING

TO:  Mr. James A. McGurk, Esq.
Law Offices of James A. McGurk, P.C.
140 South Dearborn Street
Suite 404
Chicago, IL 60603

*PLEASE TAKE NOTICE* that on June 3, 2008, we filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, **Kassar's Reply in Support of His Petition to Vacate Arbitration Award**.

Jack L. Haan, Atty. no. 06210936
James J. Eccleston, Atty. no. 06196175
Shaheen, Novoselsky, Staat, Filipowski & Eccleston, P.C.
20 N. Wacker Drive, Suite 2900
Chicago, Illinois 60606
(312) 621-4400
Attorneys for Respondent

## PROOF OF SERVICE

I, the undersigned, attorney for Respondent, certify that I served this Notice of Filing by way of electronic filing on June 3, 2008, as well as by serving a copy on June 3, 2008 to the attorney of record at his address listed below by U.S. Mail, proper postage prepaid, as follows:

James A. McGurk,
Law Offices of James A. McGurk, P.C.
140 S. Dearborn Street, #404
Chicago, IL 60603

                                                                s/Jack L. Haan
                                                                Jack L. Haan