IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| DAVID G. PEREGRIN, | ) | |
| | ) | |
| Petitioner, Counter-Respondent, | ) | |
| | ) | |
| v. | ) | Case No. 08 C 759 |
| | ) | |
| WILLIAM EDWARD KASSAR, JR., | ) | Judge Kocoras |
| | ) | |
| Respondent, Counter-Petitioner. | ) | |
| | ) | |

**EMERGENCY MOTION OF PETITIONER DAVID PEREGRIN
TO FILE SURREPLY INSTANTER**

NOW COMES Petitioner David G. Peregrin by his Counsel, James A. McGurk, and respectfully requests leave to file his Surreply in Opposition to Petition to Vacate Arbitration Award Instanter.

In support of this motion, Petitioner David G. Peregrin states as follows:

1. The Petitioner filed this proceeding to confirm an arbitration award in his favor on February 4, 2008.

2. On April 1, 2008, this Court entered an order granting the Respondent leave to file a Petition to Vacate the arbitration award on April 17 and the Petitioner Peregrin to file a response on May 1, 2008 and a reply on May 8, 2008.

3. On May 5, 2008, the Petitioner Peregrin was granted an extension of time to May

20, 2008 to file a response to the Kassar petition to vacate.

4. On May 20, 2008 the Petitioner Peregrin filed his response to the petition of Kassar to vacate the award.

5. On May 21, 2008, the Petitioner Peregrin filed an amended response to the petition of Kassar to vacate the arbitration award.

6. On June 2, 2008, this Court granted the unopposed motion of Respondent Kassar for leave to file a reply in support of his cross-petition to vacate.

7. This Court has set June 19, 2008 as a tentative ruling date on this matter.

8. The Petitioner Peregrin seeks leave to file a Surreply in Opposition to the Cross-Petition of Kassar to Vacate the Arbitration Award Instanter. A copy of the Surreply is attached hereto as Exhibit A.

9. The Surreply addresses important issues raised for the first time in the June 2, 2008 reply of Kassar.

10. Counsel for Petitioner Peregrin attempted to contact counsel for Respondent Kassar but was unable to reach counsel. Therefore, this motion cannot be said to be unopposed.

WHEREFORE the Petitioner David G. Peregrin hereby respectfully requests leave to file the attached Surreply in Opposition to the Cross-Petition of Kassar to Vacate the Arbitration Award Instanter.


Dated: June 17, 2008                         Respectfully submitted,
                                             David G. Peregrin

                                             By: /s/James A. McGurk
                                             James A. McGurk

Of Counsel:
James A. McGurk
Law Offices of James A. McGurk, P.C.
10 South LaSalle Street
Suite 3300
Chicago, IL 60604
Tel: (312) 236-8900
Fax: (312) 277-3497

20080617.Peregrinemergencymotiontosilfesurrpely.JudgeKocoras.dp.swpd

## CERTIFICATE OF SERVICE

    I, James A. McGurk, an attorney, certify that I caused a copy of the foregoing document to be served upon:

**By Electronic Filing**
**and by First Class Mail**

Jack L. Haan, Esq.
James J. Eccleston, Esq.
Shaheen, Novoselsky, Staat, Filipowski & Eccleston, P.C.
20 North Wacker Drive
Suite 2900
Chicago, IL 60606

this 17th day of June, 2008.

                                          /s/JamesA. McGurk
                                          James A. McGurk