# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| DAVID G. PEREGRIN, ) | |
| ) | |
| Petitioner, Counter-Respondent, ) | |
| ) | |
| v. ) | Case No. 08 C 759 |
| ) | |
| WILLIAM EDWARD KASSAR, JR., ) | Judge Kocoras |
| ) | |
| Respondent, Counter-Petitioner. ) | |
| ) | |

## NOTICE OF EMERGENCY MOTION

To:   Jack L. Haan, Esq.
   James J. Eccleston, Esq.
   Shaheen, Novoselsky, Staat, Filipowski & Eccleston, P.C.
   20 North Wacker Drive
   Suite 2900
   Chicago, IL 60606

   PLEASE TAKE NOTICE that on Wednesday, June 18, 2008 at 9:30 a.m., I shall appear before the Honorable Charles P. Kocoras, U.S. District Judge, in Room 1725, 219 South Dearborn Street, Chicago, IL 60604, and then and there present PETITIONER DAVID PEREGRIN EMERGENCY MOTION FOR LEAVE TO FILE SURREPLY INSTANTER, a copy of which is attached hereto.


Dated:  June 17, 2008

                                     /s/James A. McGurk
                                     James A. McGurk


Law Offices of James A. McGurk, P.C.
10 South LaSalle Street
Suite 3300
Chicago, IL 60603
Tel: (312) 236-8900
Fax: (312) 277-3497

20080609.NOM.Olaughlinmotionforextensionoftmetofilercompetencyreport.co

## CERTIFICATE OF SERVICE

      I, James A. McGurk, an attorney, certify that I caused a copy of the foregoing document to be served by electronic filing, via fax, and by messenger upon:

**Via Fax (312) 353-4322**
**and First Class Mail**
Jack L. Haan, Esq.
James J. Eccleston, Esq.
Shaheen, Novoselsky, Staat, Filipowski & Eccleston, P.C.
20 North Wacker Drive
Suite 2900
Chicago, IL 60606

this 17th day of June, 2008.

                                                                         /s/James A. McGurk
                                                                         James A. McGurk

COSPeregein.dp.wpd