UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

David G Peregrin
             Plaintiff,

v.                                    Case No.: 1:08−cv−00759
                                        Honorable Charles P. Kocoras

William E Kassar Jr.
             Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, June 18, 2008:

      MINUTE entry before the Honorable Charles P. Kocoras:Petitioner's "Emergency Motion Of Petitioner David Peregrin To File Surreply Instanter" is denied for failure to comply with the Local Rules. Hearing on said motion, set for 6/18/2008, is stricken. Mailed notice(sct, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.