## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Charles P. Kocoras | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 759 | **DATE** | 6/19/2008 |
| **CASE TITLE** |  | Peregrin vs. Kassar | |

**DOCKET ENTRY TEXT**

Ruling held on 6/19/2008. **ENTER MEMORANDUM OPINION:** Peregrin's application to confirm the January 18, 2008 arbitration award [1] is granted. Kassar's motion to strike certain paragraphs of the application [9] and petition to vacate the award [16] are denied. All matters in controversy having been resolved, final judgment is entered in favor of David G. Peregrin and against William Edward Kassar, Jr.

■ [ For further detail see separate order(s).]

Docketing to mail notices.
*Mail AO 450 form.

00:06

| | Courtroom Deputy Initials: | SCT |
|---|---|---|