# United States District Court

## Northern District of Illinois
### Eastern Division

David G. Peregrin            **JUDGMENT IN A CIVIL CASE**

     v.                               Case Number: 08 C 759

William Edward Kassar, Jr.

☐      Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

■      Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that the arbitration award entered on January 18, 2008 in favor of David G. Peregrin and against William E. Kassar, Jr. is confirmed. All matters in controversy having been resolved, final judgment is entered in favor of David G. Peregrin and against William Edward Kassar, Jr.

                                       Michael W. Dobbins, Clerk of Court

Date: 6/19/2008                         /s/ Stephen C. Tokoph, Deputy Clerk