IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| DAVID G. PEREGRIN, | ) | |
| | ) | |
| Petitioner, Counter-Respondent, | ) | |
| | ) | |
| v. | ) | Case No. 08 C 759 |
| | ) | |
| WILLIAM EDWARD KASSAR, JR., | ) | Judge Kocoras |
| | ) | |
| Respondent, Counter-Petitioner. | ) | |
| | ) | |

**PETITIONER DAVID G. PEREGRIN'S MOTION UNDER RULE 60(a)
TO INCLUDE PREJUDGMENT INTEREST IN THIS COURT'S JUDGMENT**

Petitioner, David G. Peregrin ("Peregrin"), by and through his attorney, James A. McGurk, hereby submits this Motion Under Rule 60(a) to Include Prejudgment Interest in this Court's Judgment. Peregrin's Memorandum of Law in support of this motion, and his Notice of Motion, were filed on July 28, 2008, along with this motion.

Dated: July 31, 2008

DAVID G. PEREGRIN

By: /s/ James A. McGurk

One of his Attorneys

Of Counsel:

James A. McGurk, Esq.
Law Offices of James A. McGurk, P.C.
10 South LaSalle Street, Suite 3300
Chicago, IL   60603
(312) 236-8900
Fax (312) 277-3497

**CERTIFICATE OF SERVICE**

    I, James A. McGurk, an attorney, certify that the foregoing document was filed electronically today, in compliance with the General order on Electronic Case Filing, Section III (B)(1). As such, this document was served on all counsel of record, including Jack L. Haan, Esq., and James J. Eccleston, Esq., both of Shaheen, Novoselsky, Staat, Filipowski & Eccleston, P.C.

    Mr. Haan and Mr. Eccleston are deemed to have consented to electronic service in this case, pursuant to Rule 5(b)(2)(E) of the Federal Rules of Civil Procedure and Local General Rule 5.

Dated: July 28, 2008

                /s/James A. McGurk
                James A. McGurk