IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DAVID G. PEREGRIN,              ) | |
| ) | |
|     Petitioner, Counter-Respondent,  ) | |
| ) | |
| v.                              ) | Case No. 08 C 759 |
| ) | |
| WILLIAM EDWARD KASSAR, JR.,    ) | Judge Kocoras |
| ) | |
|     Respondent, Counter-Petitioner.    ) | |
| ) | |

NOTICE OF MOTION OF PETITIONER DAVID G. PEREGRIN
TO INCLUDE PREJUDGMENT INTEREST IN THIS COURT'S JUDGMENT

TO:

James J. Eccleston, Esq.  
Shaheen, Novoselsky, Staat,  
  Filipowski & Eccleston, P.C.  
10 North Wacker #2900  
Chicago, IL  60606

Jack L. Haan, Esq.,  
Shaheen, Novoselsky, Staat,  
  Filipowski & Eccleston, P.C.  
10 North Wacker #2900  
Chicago, IL  60606

     PLEASE TAKE NOTICE, that on Thursday, July 31, 2008, at 9:30 a.m., I will appear before Judge Charles Kocoras in his Courtroom at 219 South Dearborn Street, Chicago, Illinois, and present the **Motion of Petitioner, David G. Peregrin, to Include Prejudgment Interest in this Court's Judgment**, a copy of which motion is being served upon you at the same time as this Notice of Motion, along with my Memorandum of Law in support of said motion.

Dated:   July 28, 2008

                                                        DAVID G. PEREGRIN

                                                        By: /s/ James A. McGurk
                                                            One of his Attorneys

     Of Counsel:

James A. McGurk, Esq.  
Law Offices of James A. McGurk, P.C.  
10 South LaSalle Street, Suite 3300  
Chicago, IL  60603  
(312) 236-8900   Fax (312) 277-3497

**CERTIFICATE OF SERVICE**

   I, James A. McGurk, an attorney, certify that the foregoing document was filed electronically today, in compliance with the General order on Electronic Case Filing, Section III (B)(1).  As such, this document was served on all counsel of record, including Jack L. Haan, Esq., and James J. Eccleston, Esq., both of Shaheen, Novoselsky, Staat, Filipowski & Eccleston, P.C.

   Mr. Haan and Mr. Eccleston are deemed to have consented to electronic service in this case, pursuant to Rule 5(b)(2)(E) of the Federal Rules of Civil Procedure and Local General Rule 5.

Dated:   July 28, 2008

               /s/James A. McGurk
               James A. McGurk