UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

GENERAL ELECTRIC CO.                                                                                       PLAINTIFF

v.                                                                                    CIVIL ACTION NO. 3:04-CV-401-R

ANSON STAMPING CO. INC., et al.                                                                       DEFENDANTS

## ORDER AND JUDGMENT

The Court, having considered the motion of Anson Stamping Company and Anson Machine and Manufacturing, LLC, to amend its prior order of August 25, 2005 (DN 32) and having considered the response and surreply of General Electric Company (DNs 35, 39),

**IT IS HEREBY ORDERED** that the motion to amend is **GRANTED**. The Court confirms the arbitration award entered by retired Kentucky Court of Appeals Judge Michael O. McDonald on April 27, 2004, and enters a judgment in the amount of $1,183,372.71. This judgment shall draw interest pursuant to 28 U.S.C. § 1961 from the date of August 25, 2005, at the rate of 1.5%. The motion of General Electric Company to vacate the arbitration award is **DENIED**. The Court in its accompanying memorandum opinion has considered the interests of the intervening secured creditors and has determined that the needs of the parties and the interest of efficient case management justify entry of this final order pursuant to Rule 54(b) of the Federal Rules of Civil Procedure. This is a final and appealable order. There is no just reason to delay appellate review.

This _____ day of March, 2006.

                                                                    _____
                                                                    Thomas B. Russell, Judge
                                                                    United States District Court

Copies to Counsel of Record