UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
IN THE MATTER OF THE ARBITRATION BETWEEN

WESTCHESTER FIRE INSURANCE COMPANY,
WESTCHESTER SURPLUS LINES INSURANCE
COMPANY, AND ILLINOIS UNION INSURANCE
COMPANY,

                         Petitioners,

   -against-

MASSAMONT INSURANCE AGENCY, INC.,
               Respondent.
------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/28/05

05 CIVIL 5059 (DC)
**JUDGMENT**

#05, 2358

Petitioners having moved to confirm an arbitration award against respondent, and the matter having been brought before the Honorable Denny Chin, United States District Judge, and the Court, on November 22, 2005, having issued its Memorandum Decision confirming the award in the amount of $2,600,000.00, plus interest calculated at the rate of 6% per annum from April 26, 2005 to the date judgment is entered of $92,317.81 for a total sum of $2,692,317.81, denying petitioners' application for attorneys' fees, and awarding costs to the extent set forth in the Memorandum Decision dated November 22, 2005, it is,

**ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Decision dated November 22, 2005, the award is confirmed in the total sum of $2,692,317.81; petitioners' application for attorneys' fees is denied and costs are awarded to the extent set forth in the Memorandum Decision dated November 22, 2005; accordingly, the case is closed.

Dated: New York, New York
        November 28, 2005

                                                  J. MICHAEL MCMAHON
                                                      **Clerk of Court**
                                    BY:

                                                      **Deputy Clerk**

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____