# United States District Court
## Northern District of Illinois
### Eastern Division

Denise Kappel                               **JUDGMENT IN A CIVIL CASE**

      v.                                           Case Number: 08 C 1991

Advanced Equities, Inc.

☐    Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

■    Decision by Court. This action came before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that the Court confirms the award of $200,000 on the Title VII claim; the Court modifies and confirms the award on the breach of employment contract claim of $201,754; and the Court confirms the award of $80,000 for attorney's fees for a total award of $481,754.

Michael W. Dobbins, Clerk of Court

Date: 6/18/2008                         _____

/s/ Wanda A. Parker, Deputy Clerk