# United States District Court
## Northern District of Illinois
### Eastern Division



Intl Truck

v.

Haden Schweietzer Corp

**JUDGMENT IN A CIVIL CASE**

Case Number: 03 C 8630

☐ Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

■ Decision by Court. This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that judgment is entered in favor of Petitioner, International Truck and Engine Corporation Canada, f/k/a Navistar International Corporation Canada and against Respondent, Haden Schweitzer Corporation in the amount of $1,227,187.00, plus interest thereon and its costs of action.

Michael W. Dobbins, Clerk of Court

Date: 1/28/2004

Rhonda Johnson, Deputy Clerk

13