UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

David G Peregrin
                Plaintiff,

v.                                     Case No.: 1:08−cv−00759
                                            Honorable Charles P. Kocoras

William E Kassar Jr.
                Defendant.

NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, July 31, 2008:

      MINUTE entry before the Honorable Charles P. Kocoras:Motion hearing held on 7/31/2008. Petitioner Peregrin's motion [38] to include prejudgment interest in the Court's judgment is granted. Proposed draft order containing the entire judgment, including prejudgment, to be submitted for the Court's approval. Mailed notice(sct, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.