# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Charles P. Kocoras | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 0759 | **DATE** | 8/1/2008 |
| **CASE TITLE** | Peregrin vs. Kassar, Jr. | | |

**DOCKET ENTRY TEXT**

Enter order that the arbitration award in favor of David G. Peregrin is confirmed, and the judgment in favor of David G. Peregrin against William Edward Kassar, Jr., is amended to include prejudgment interest, for a total judgment in the amount $236,519.35 (the underlying arbitration award of $225,697.00 with prejudgment interest of $10,822.35), along with post-judgment interest as set out in 28 U.S.C. §1961, and costs as submitted to the clerk.

■ [ For further detail see separate order(s).]

Docketing to mail notices.
*Mail AO 450 form.

| | Courtroom Deputy Initials: | SCT |
|---|---|---|