**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| **DAVID G. PEREGRIN,** | ) | |
| | ) | |
| **Petitioner, Counter-Respondent,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 08 C 759** |
| | ) | |
| **WILLIAM EDWARD KASSAR, JR.,** | ) | **Judge Kocoras** |
| | ) | |
| **Respondent, Counter-Petitioner.** | ) | |
| | ) | |

**AMENDED JUDGMENT (to include prejudgment interest)**

On June 19, 2008, this Court entered judgment confirming the arbitration award without prejudgment interest. David G. Peregrin moved under Rule 60(a) of the Federal Rules of Civil Procedure to include prejudgment interest. His motion was granted on July 31, 2008, and this Court now enters the following judgment:

IT IS HEREBY ORDERED AND ADJUDGED that the arbitration award in favor of David G. Peregrin is confirmed, and the judgment in favor of David G. Peregrin against William Edward Kassar, Jr., is amended to include prejudgment interest, for a total judgment in the amount $236,519.35 (the underlying arbitration award of $225,697.00 with prejudgment interest of $10,822.35), along with post-judgment interest as set out in 28 U.S.C. §1961, and costs as submitted to the clerk.

Dated:   **August 1, 2008**

_Charles P. Kocoras_
**CHARLES P. KOCORAS**
**U.S. District Court Judge**