# United States District Court
## Northern District of Illinois
### Eastern Division

David G. Peregrin                    **JUDGMENT IN A CIVIL CASE**

      v.                                Case Number: 08 C 759

William Edward Kassar, Jr.

☐     Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

■     Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that the arbitration award in favor of David G. Peregrin is confirmed, and the judgment in favor of David G. Peregrin against William Edward Kassar, Jr., is amended to include prejudgment interest, for a total judgment in the amount $236,519.35 (the underlying arbitration award of $225,697.00 with prejudgment interest of $10,822.35), along with post-judgment interest as set out in 28 U.S.C. §1961, and costs as submitted to the clerk.

                                      Michael W. Dobbins, Clerk of Court

Date: 8/1/2008                       /s/ Stephen C. Tokoph, Deputy Clerk